**Recommendation Terminating Supervised Release**
**Prior to Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No:   0972 1:10CR00069-001 |
| ) | |
| Keith Walter Thornton ) | |
| ) | |

**LEGAL HISTORY:**

On 7/26/2010, the above-named was sentenced to Supervised Release for a period of 3 years, in reference to the offense of 18 USC 2113(a), Bank Robbery.   Supervision commenced on June 12, 2013.

Special conditions included a requirement for: Search; Not dissipate assets; Financial disclosure; Credit checks; Substance abuse treatment and testing; Co-payment for treatment; Community service if not employed.

**SUMMARY OF COMPLIANCE:**

The supervisee has complied with all standard conditions and special conditions of Supervised Release and has not been involved in any further criminal activities.  It is the opinion of the probation officer that supervisee has derived maximum benefits from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                                  Respectfully submitted,

                                  /s/ J. C. Hill

                                  J. C. Hill
                                U. S. Probation Officer

Dated:     December 23, 2015
             Bakersfield, California
             JCH:dk

                 /s/ Lonnie E. Stockton

**REVIEWED BY:**     **Lonnie E. Stockton**
                              **Supervising United States Probation Officer**

cc:      AUSA (NAME) -   Dawrence W. Rice

(Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.   If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35 - Report and Order Terminating Supervised Release Prior to Expiration Date will be submitted to the Court for approval.)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| v. | ) |
| **Keith Walter Thornton** | ) Docket No.:   0972 1:10CR00069-001 |

On 7/26/2010, the above-named was sentenced to Supervised Release for a period of 3 years. Supervision commenced on June 12, 2013.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ J. C. Hill
J. C. HILL
United States Probation Officer

Dated:   January 6, 2016
            Bakersfield, California
            JCH:dk

                        /s/ Tim Mechem
**REVIEWED BY:    TIM MECHEM**
                        **Supervising U. S. Probation Officer**

3

# ORDER OF COURT

Pursuant to the above report, it is ordered that Keith Walter Thornton be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   January 7, 2016                    _____
                                            SENIOR   DISTRICT   JUDGE